1  HAROLD M. BRODY, SBN 84927
   hbrody@proskauer.com
2  DAWN M. IRIZARRY, SBN 223303
   dirizarry@proskauer.com
3  PROSKAUER ROSE LLP
   2049 Century Park East, 32nd Floor
4  Los Angeles, CA  90067-3206
   Telephone:    (310) 557-2900
5  Facsimile:    (310) 557-2193

6  Attorneys for Defendant,
   Sprint/United Management Company
7  (named incorrectly in this action as
   "Sprint")
8

9               UNITED STATES DISTRICT COURT

10             EASTERN DISTRICT OF CALIFORNIA

11

12  SARAH SCHIMPF,                        )   Case No. 2:09-CV-00403-FCD-DAD
                                          )
13                  Plaintiff,            )   The Honorable Frank C. Damrell, Jr.
                                          )
14            against                     )   **ORDER TO CONTINUE THE
                                          )   DEADLINE TO FILE THE RULE
15  SPRINT, and Does 1 through 20, inclusive, )  26 JOINT STATUS REPORT**
                                          )
16                  Defendants.           )
                                          )
17                                        )   Action Filed: January 9, 2009
                                          )
18                                        )
                                          )
19                                        )
                                          )
20  ─────────────────────────────────────
21

22

23

24

25

26

27

28

1 **<u>ORDER</u>**

2      IT IS HEREBY ORDERED that the filing deadline for Rule 26 Joint

3 Report shall be continued to April 23, 2009.  All related deadlines will stem from

4 the new Rule 26 Joint Status Report filing date.

5

6 Dated:  April 10, 2009

7

8 _____

9 FRANK C. DAMRELL, JR.
   UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28