UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH SCHIMPF,<br><br>            Plaintiff,<br><br>      v.<br><br>SPRINT, and Does 1 through 20, inclusive,<br><br>            Defendants. | Case No. 2:09-CV-00403-FCD-DAD<br><br>The Honorable Frank C. Damrell, Jr.<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Action Filed: January 9, 2009 |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Sarah Schimpf, through her counsel, hereby stipulates and agrees that her action against Defendant Sprint/United Management Company (incorrectly named in this action as Sprint), shall be dismissed in its entirety with prejudice, each party to bear its and her own costs and attorneys' fees.

Dated: August 17, 2009

| | |
|---|---|
| *Attorneys for Plaintiff*<br>Jill Telfer, Esq.<br>Law Offices of Jill P. Telfer<br>331 "J" Street, Suite 200<br>Sacramento, CA 95814<br>Telephone:  916.446.1916<br>Facsimile:  916.446.1726<br>jilltelfer@yahoo.com<br><br>  /s/ Jill Telfer<br>Jill Telfer, Esq. | *Attorneys for Defendant*<br>Harold M. Brody, Esq.<br>Mylene J. Brooks, Esq.<br>PROSKAUER ROSE LLP<br>2049 Century Park East, Suite 3200<br>Los Angeles, CA 90067<br>Telephone:  310.557.2900<br>Facsimile:   310.557.2193<br>hbrody@proskauer.com<br>mybrooks@proskauer.com<br><br>  /s/ Mylene Brooks<br>Mylene J. Brooks, Esq. |

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** came before the Court on the Parties' Stipulation of Dismissal with Prejudice. In consideration of the Stipulation, it is **ORDERED AND ADJUDGED** that this action is Dismissed with Prejudice in its entirety.

Each party shall bear its and her own costs and attorneys' fees.

DATED:  September 3, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE